Keystone Floor Products Co. *v.* Martin Miller, Inc., Appellant.

Argued June 15, 1971. *David I. Grunfeld*, with him *Steinberg, Greenstein, Richman & Price*, for appellant; *Simon Pearl*, with him *Ronald S. Sklar*, and *Sklar, Pearl, Lichtenstein & Sklar*, for appellee.

Order affirmed.

Kollmer *v.* Kollmer, Appellant.

Argued June 16, 1971. *Emil F. Toften*, with him *Francis X. Nolan*, and *Donsky, Katz, Levin & Bashman*, for appellant; *Gerald F. Glackin*, with him *Jonathan D. Herbst*, and *Brunner, Conver & Glackin*, for appellee.

Order affirmed.

SPAULDING, J., absent.